**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

TERESA L. MULLINS,

       Plaintiff,                  :        Case No. 3:11-cv-407

                                      District Judge Walter Herbert Rice
    -vs-                              Magistrate Judge Michael R. Merz
                              :

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.               :

**ORDER REGARDING SERVICE OF PROCESS**

This action was filed November 17, 2011. Under Fed. R. Civ. P. 4(m), service must be completed within 120 days of filing. Although process has issued, there has been no return of service.

Plaintiff is accordingly notified that unless proof of service is filed by March 16, 2012, the case will be dismissed for want of prosecution.

January 17, 2012.

                                                            s/ **Michael R. Merz**
                                                      United States Magistrate Judge