IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA MULLINS, :

    Plaintiff,

v. : Case No. 3:11-cv-407

CAROLYN COLVIN, ACTING : JUDGE WALTER H. RICE
COMMISSIONER OF SOCIAL
SECURITY, :

    Defendant.

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION (DOC. #19) IN ITS
ENTIRETY; SUSTAINING PLAINTIFF'S MOTION FOR AWARD OF
ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE
ACT ("EAJA") (DOC. #18); AWARDING PLAINTIFF $4,871.25 IN
EAJA FEES AND COSTS

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his Report and Recommendation, filed July 31, 2013 (Doc. #19), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court ADOPTS said judicial filing in its entirety. The Court notes that no objections have been filed by either party within the time allotted.

Accordingly, Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, (Doc. #18), is SUSTAINED, and Plaintiff is AWARDED $4,871.25 in fees, expenses and costs.

This case shall remain terminated upon the Court's docket.

Date: August 20, 2013   /s/ Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

2