IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TERESA L. MULLINS,　　　　　　　　　:

　　　　Plaintiff,

　　v.　　　　　　　　　　　　　　　　　:　　Case No. 3:11-cv-407

CAROLYN W. COLVIN, Acting　　　　　　　JUDGE WALTER H. RICE
Commissioner of Social Security,

　　　　Defendant.　　　　　　　　　　　:

---

DECISION AND ENTRY SUSTAINING PLAINTIFF'S MOTION FOR
AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C.
§ 406(b) (DOC. #21); AWARDING $7,558.00 IN ATTORNEY FEES

---

Plaintiff entered into a contingent fee agreement whereby she agreed to pay her attorney 25% of any past due Social Security benefits awarded. Plaintiff was awarded $30,232.00 in back benefits. Pursuant to the contingent fee agreement, and 42 U.S.C. § 406(b)(1), Plaintiff requests that the Court approve an award of $7,558.00 in attorney fees, 25% of the back benefits awarded. Doc. #21. Defendant does not oppose Plaintiff's motion. Doc. #22.

The Court finds that the amount requested does not exceed the statutory limit set forth in 42 U.S.C. §406(a)(2)(A)(ii)(I), and that the fees requested are reasonable. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 807 (2002). Moreover, this is not a situation where a reduction of fees might be warranted because of "improper conduct or ineffectiveness of counsel," or where "counsel would

otherwise enjoy a windfall because of either an inordinately large benefit award or from minimal effort expended." *Rodriguez v. Brown*, 865 F.2d 739, 746 (6th Cir. 1989). Plaintiff's counsel spent 43.25 hours on this case. Lauer Aff. ¶ 9. The fee request equates to an hourly rate of just $174.75, which the Court finds to be reasonable.

For these reasons, the Court SUSTAINS Plaintiff's Motion for Authorization of $7,558.00 in Attorney Fees Pursuant to 42 U.S.C. § 406(b). Doc. #21.[1]

Date: February 3, 2014

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff notes that, on August 29, 2013, the Court awarded $4,521.25 in attorney fees, and $350.00 in costs, under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. #20. Accordingly, although she has requested approval of a total of $7,558.00 in attorney fees, she is requesting to be paid only an additional $3,036.75.

2